**Order entered June 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00310-CV

**ROBERT TREJO, Appellant**

**V.**

**SAMANTHA HUY, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05068**

## ORDER

We **GRANT** appellant's May 30, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file his brief on or before July 3, 2014. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE